DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
KENDRA G. BERTSCHY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TERESA I. MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-00549-CKD |
| Plaintiff, | ) STIPULATION AND ORDER VACATING |
| | ) THE TRIAL CONFIRMATION HEARING |
| v. | ) AND JURY TRIAL DATE AND SETTING A |
| | ) CHANGE OF PLEA AND SENTENCING |
| TERESA I. MARTIN, | ) HEARING AND EXCLUDING TIME |
| Defendant. | ) DATE:   March 1, 2011 |
| | ) TIME:   2:00 p.m. |
| _____ | ) JUDGE:  Hon. Carolyn K. Delaney |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, NICHOLAS M. FOGG, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for TERESA I. MARTIN, and Certified Student Attorney, KENDRA BERTSCHY, that the Trial Confirmation Hearing date of February 27, 2012 at 2:00 p.m. and the Jury Trial date of March 19, 2012 at 2:00 p.m. be vacated.  It is also stipulated that the matter be rescheduled for a Change of Plea and Sentencing Hearing on March 1, 2012 at 2:00 p.m.

    The parties further agree that the time should be excluded from the date of this [Proposed] Order until the Change of Plea and

Sentencing Hearing which is set for March 1, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(A)(iv) and Local Code T4 (reasonable time to prepare).  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A)(iv)11.

Dated: February 22, 2012            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    SARAH ANN O'NEAL

                                    /s/ Kendra G. Bertschy
                                    KENDRA G. BERTSCHY
                                    Certified Student Attorney

Dated: February 22, 2012            BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Nicholas M. Fogg
                                    NICHOLAS M. FOGG
                                    Special Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: February 22, 2012             /s/ Carolyn K. Delaney
                                    CAROLYN K. DELANEY
                                    U. S. Magistrate Judge

Stip/Order/TeresaMartin              -2-