```
BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TERESA I. MARTIN,<br><br>    Defendant. | 2:11-CR-00549-CKD<br><br>**ORDER TO SHOW CAUSE AND ORDER TO ISSUE JUDICIAL SUMMONS RE: PROBATION REVOCATION** |

It is Hereby Ordered that the defendant appear on February 28, 2013, at 9:30 a.m. to show cause why the probation granted on March 1, 2012, should not be revoked or extended for the defendant's failure to pay her court-ordered fine. The Clerk's Office shall issue a summons directing the defendant to appear on February 28, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated: February 21, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE